**Motion for En Banc Reconsideration Denied and Dissenting Opinions on Order filed September 14, 2021.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-18-01066-CR**
**NO. 14-18-01067-CR**

**ELONDA CALHOUN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1545108 & 1545140**

---

**DISSENTING OPINION FROM ORDER**
**DENYING EN BANC RECONSIDERATION**

I join Justice Spain's opinion to the extent there could be a separate designation for an order following a tie vote; as he states, "the motion failed for want of a majority." The court's order accurately reflects each Justice's vote; there is simply no ambiguity or uncertainty about who is voting or how. Perhaps the Texas Appellate Bar Section or the Texas Supreme Court Advisory Committee will take

this issue up in their next set of changes.

/s/   Jerry Zimmerer
         Justice

En banc court consists of Chief Justice Christopher, Wise, Jewell, Zimmerer, Spain, Hassan, Poissant and Wilson. (Justice Bourliot not participating).

Justices Zimmerer, Spain, Hassan and Poissant voted to grant en banc reconsideration.

Justice Zimmerer filed a dissenting opinion.

Justice Spain filed a dissenting opinion in which Justice Zimmerer joined.

Publish — Tex. R. App. P. 47.2(b).